UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH P. FINNEGAN,

                    Plaintiff,

    v.                                                        4:16-cv-40071-TSH

CSX TRANSPORTATION, INC.,

                    Defendant.

**CORPORATE DISCLOSURE STATEMENT
OF CSX TRANSPORTATION, INC.**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, defendant CSX Transportation, Inc.,

states as follows:

1.      CSX Transportation, Inc., is a wholly owned subsidiary of CSX Corporation.

CSX Corporation is a publicly held company.

2.      CSX Corporation owns more than 10% of the stock of defendant CSX

Transportation, Inc.

                              Respectfully submitted,

                              CSX TRANSPORTATION, INC.

                              By its attorneys,


                              */s/ David J. Santeusanio*
                              David J. Santeusanio (BBO No. 641270)
                              *david.santeusanio@hklaw.com*
                              Amanda G. Orcutt (BBO No. 684504)
                              *amanda.orcutt@hklaw.com*
                              HOLLAND & KNIGHT LLP
                              10 St. James Avenue
                              Boston, MA  02116
December 12, 2016             (617) 523-2700

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the above document was filed through the ECF system and that I have caused a true and correct copy of the above to be served on Plaintiff's counsel.

<span style="float:right;">*/s/ David J. Santeusanio*</span>

David J. Santeusanio

#48857730_v1