UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH P. FINNEGAN,

          Plaintiff,

    v.

CSX TRANSPORTATION, INC.,

          Defendant.

4:16-cv-40071-TSH

**DEFENDANT'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(d)(3)**

I, David J. Santeusanio, certify that I have conferred with the defendant CSX Transportation, Inc., with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation, and to consider the resolution of the litigation through dispute resolution programs such as those outlined by Local Rule 16.4.

Respectfully submitted,

CSX TRANSPORTATION, INC.

By its attorneys,

*/s/ David J. Santeusanio*
David J. Santeusanio (BBO No. 641270)
*david.santeusanio@hklaw.com*
Amanda G. Orcutt (BBO No. 684504)
*amanda.orcutt@hklaw.com*
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA  02116
(617) 523-2700

*/s/ Latasha Garrison-Fullwood*
Senior Counsel
CSX Transportation, Inc.
500 Water Street, J150
Jacksonville, FL  32202

Dated:  January 3, 2017

#49049010_v1

2

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).


/s/ David J. Santeusanio
David J. Santeusanio